# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AMBER GELINAS, DMD,** | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:25-cv-4-TFM-N |
| **SOUTHERN DENTISTRY, P.C.,** *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On February 12, 2026, the Magistrate Judge entered a report and recommendation which recommends that the motion to dismiss filed by Defendant William C. Weinacker (Doc. 46) be granted. *See* Doc. 55. No objections were filed.[1]

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 55) is **ADOPTED,** the motion to dismiss (Doc. 46) is **GRANTED**, and the claims against Defendant William C. Weinacker are **DISMISSED with prejudice**.

This case remains pending against Defendants Southern Dentistry, PC and Michael Nebrig, DMD.

**DONE** and **ORDERED** this 13th day of March, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] A separate Report and Recommendation was entered on the motion to dismiss filed by Defendants Southern Dentistry and Michael A. Nebrig, DMD. *See* Doc. 56. The Court will address it by separate order given the *de novo* review for the portions to which there are objections.